IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JANULYN MCKANIC-STEERS, | § | |
| | § | No. 193, 2020 |
| Appellant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. S19A-06-003 |
| SUMMERFIELD HOMEOWNERS | § | |
| ASSOCIATION, INC., | § | |
| | § | |
| Appellee Below, | § | |
| Appellee. | § | |

Submitted: February 5, 2021
Decided: April 5, 2021

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record below,[1] the Court concludes that the judgment should be affirmed on the basis of the Superior Court's decision[2] affirming the Court of Common Pleas' decision[3] affirming the Justice of the Peace Court's denial of the motion to vacate default judgment.

---

[1] The appellant also filed a motion for oral argument, which the Court denies in the exercise of its discretion.

[2] *McKanic-Steers v. Summerfield Homeowners Assoc., Inc.*, 2020 WL 1227721 (Del. Super. Ct. Mar. 11, 2020).

[3] *Steers v. Summerfield Homeowners Assoc. Inc.*, 2019 WL 2509113 (Del. Ct. Com. Pl. June 3, 2019).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice